■ ANNETTE WEISS, Respondent, v. VIOLA LYNN, Individually and as Executrix of SAM LYNN, Deceased, Appellant.— On the court's own motion, the second paragraph of its decision of June 24, 1963 (*ante*, p. 659) is amended to read as follows: "Judgment reversed on the law and on the facts, and a new trial ordered with respect to the issues as to the disputed $10,000 loan, with costs to the defendant to abide the determination of such issues upon the new trial." Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.